# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Premises known as 2833 COBALT DRIVE,<br>Apartment 3E, Clarksville, TN 37040 | )<br>)<br>) Case No. 19-MJ-4252<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Middle__ District of __Tennessee__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before __September 3, 2019__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Alistair E. Newbern__ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: __August 20, 2019 3:27 pm__     _[signature]_
*Judge's signature*

City and state: __Nashville, TN__     Alistair E. Newbern, United States Magistrate Judge
*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: 19-MJ-4252 | Date and time warrant executed: 21 Aug 2019 @ 0725 | Copy of warrant and inventory left with: Blake Weber |
| Inventory made in the presence of: Blake Weber | | |
| Inventory of the property taken and name of any person(s) seized: Please see attached FD-597 (Receipt for Property) | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 22 Aug 2019

_____
Executing officer's signature

SA TAMMI F. LASKOWSKI
_____
Printed name and title

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 44J-WF-3153214

On (date) 8/21/19

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Blake Weber
(Street Address) 2833 Cobalt Drive. Apt 3E
(City) Clarksville, TN 37040

Description of Item(s):
1) Black Samsung cellphone
2) Nintendo Switch
3) Samsung Galaxy S6 active
4) Play Station 4
5) Xbox 1 with attached harddrive
6) IPAD - White
7) Verizon cellphone - Motorola
8) X-box 360
9) Lenvoro laptop-Black with 32gb memory card with charger
10) Misc utility documents - 3 pages
11) Xbox One Console with attached 2TB HD
12) Desktop tower Red Cybertron

Received By: (Signature)   Received From: (Signature)